USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1544 UNITED STATES, Appellee, v. MIGUEL RODRIGUEZ COLON, a/k/a CHIVI, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] Before  Selya, Boudin and Lynch, Circuit Judges.     Luis Rafael Rivera on brief for appellant. Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco,Assistant United States Attorney, and Nelson Perez-Sosa, AssistantUnited States Attorney, on brief for appellee.June 14, 1999   Per Curiam. Upon careful review of the briefs and record, we conclude that the district court did not clearly err in sentencing defendant based on the drug quantity to which he specifically pled guilty. Given defendant's plain admissions at the plea hearing and the lack of a developed challenge to the validity of the plea, defendant will not now be heard to argue about the drug quantity. See United States v. Martinez- Martinez, 69 F.3d 1215, 1224 (1st Cir. 1995). The district court was not required, on the record before it, to adopt defendant's revised, post-plea version of his involvement with the drug shipment. Affirmed. See 1st Cir. Loc. R. 27.1.